|   |   |
|---|---|
| 1 | SEAN K. KENNEDY (Bar No. 145632)<br>Federal Public Defender |
| 2 | LILIANA CORONADO (Bar No. 223720)<br>Deputy Federal Public Defender |
| 3 | 321 East 2nd Street<br>Los Angeles, California 90012-4202 |
| 4 | Tel: 213-894-2857<br>Fax: 213-894-0081 |
| 5 |   |
| 6 | Attorneys for Petitioner<br>SAKINA MARIE LEBRON |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| UNITED STATE OF AMERICA,<br><br>             Respondent,<br><br>    v.<br><br>SAKINA MARIE LEBRON,<br><br>             Petitioner. | Case No. ED CV-14-1246-RT<br>Case No. ED CR-00-88-RT<br><br>**Order** |
|---|---|

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT all proceedings on Petitioner's motion to vacate, set aside, or correct her sentence under 28 U.S.C. §2255 shall be stayed until the Ninth Circuit's mandate issues in *Coronado v. Holder*, Case No. 11-72121, and the Supreme Court rules on any petition for writ of

//
//
//
//

certiorari filed in that case. Petitioner shall file a status report within 14 days after the end of this stay.

IT IS SO ORDERED.

DATED: June 17, 2014

ROBERT J. TIMLIN

HON. ROBERT J. TIMLIN
United States District Judge

Submitted by:

/s Liliana Coronado
LILIANA CORONADO
Deputy Federal Public Defender